IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JEFFREY GLEN STOKES,

    Plaintiff,
v.                                          CASE NO. 1:05-cv-00080-MP-MD

DR. ALLIS,
DR. DOLWICK,
DR. GERLECZ,
DR. SHIELDS,
DR WINKE,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 60, Report and Recommendation of the Magistrate Judge, recommending that plaintiff's claims against Dr. Allis should be dismissed pursuant to Plaintiff's stipulation but that Defendants' motions to dismiss otherwise be denied. The time for filing objections has passed and none have been filed.

The plaintiff suffered from temporomandibular Joint Disease and alleges that a serious of operations not only failed to improve his condition but also left metal shavings in his jaw that cause pain and inability to chew solid food. He alleges that doctors have known about corrective surgery but have wrongfully declined to authorize the surgery because of cost. The Court agrees with the Report and Recommendation that although plaintiff did not specifically mention "metal shavings" in his grievances and appeals, he did state enough of the basis of his claim to give prison officials a fair chance to first address the claims. Thus, the Court agrees with the

Magistrate Judge that plaintiff has exhausted his administrative remedies with regard to his claims.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The motion to dismiss, doc. 45, is granted with regard to Dr. Allis, but is denied with regard to all other defendants.

    **DONE AND ORDERED** this  *22nd*  day of March, 2007

                             *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge